IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

CRIMINAL NO.: 3:18cr108-FDW

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CONSENT ORDER AND |
| v. | ) | JUDGMENT OF FORFEITURE |
| | ) | PENDING RULE 32.2(c)(2) |
| SHI YUN ZHOU | ) | |

BASED UPON the Defendant's plea of guilty to Counts 1 and 2 in the Bill of Indictment in violation of 21 U.S.C. §841(a)(1), IT IS HEREBY ORDERED THAT:

1.     The following property is forfeited to the United States pursuant to 21 U.S.C. § 853(a)(1) because it is property constituting, or derived from, any proceeds the Defendant obtained, directly or indirectly as a result of his violation in Counts 1 and 7, provided, however, that forfeiture of specific assets is subject to any and all third party petitions under 21 U.S.C. § 853(n), pending final adjudication herein:

- **All funds in Wells Fargo Account XXXXXX3719 (Shi Yun Zhou);**

- **All funds in Wells Fargo Account XXXXXX0798 (Shi Yun Zhou/LiLi Bian);**

- **All funds in Branch Banking & Trust Account XXXXXX9964 (Ace Aesthetics, LLC);**

- **All funds in Branch Banking & Trust XXXXXX9972 (Ace Aesthetics, LLC);**

- **Real Property which is located at 4615 Harper Court in Charlotte, North Carolina, and more particularly described in a document at Book 59, Page 246 in the Mecklenburg County Public Registry;**

- **One 2015 Maserati Ghibli, VIN No. ZAM57RTA1F1140941, titled to LiLi Bian;**

- **One 2015 Mercedes Model C300, VIN No. 55SWF4KB9FU015166, titled to LiLi Bian;**

- **One 2016 Mercedes Model G550, VIN No. WDCYC3KF7GX249890, titled to LiLi Bian;**

- **One Gold necklace with Jade and Diamond Buddha pendant;**

- **One Gold necklace with "Us vs. Them" gold pendant;**

- **One Gold Rolex Men's Watch.**

2.     The following property is forfeited to the United States pursuant to 21 U.S.C. § 853(a)(2) because it is property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of Counts 1 and 7, provided, however, that forfeiture of specific assets is subject to any and all third party petitions under 21 U.S.C. § 853(n), pending final adjudication herein:

- **Real Property which is physically located at 333 West Trade Street, Unit #1106 Charlotte, North Carolina, and more particularly described in a document at Book 19768, Page 886 in the Mecklenburg County Public Registry;**

- **Real Property which is located at 4615 Harper Court in Charlotte, North Carolina, and more particularly described in a document at Book 59, Page 246 in the Mecklenburg County Public Registry;** (This property is also listed in Paragraph 1.)

- **One 2015 Mercedes Model C300, VIN No. 55SWF4KB9FU015166, titled to LiLi Bian.** (This property is also listed in Paragraph 1.)

3.     The Defendant, does not have or is not aware of an possessory interest or ownership in the following property, and therefore pursuant to Paragraph 9(b) of his plea agreement, he does not contest the forfeiture of such property, provided, however, that forfeiture of specific assets is subject to any and all third party petitions under 21 U.S.C. § 853(n), pending final adjudication herein:

- **All funds in Wells Fargo Account XXXXXXXXX2622 (LiLi Bian);**

- **All funds in First Citizen Account XXXXX9913 (LiLi Bian);**

- **All fund in Branch Banking & Trust Account XXXXXX6537 (LiLi Bian);**

- **All funds in PNC Account XXXXXX9898 (LiLi Bian);**

- **All funds in First Citizens Account XXXXX5851 (LiLi Bian)**

- **All funds in PNC Account XXXXX5958 (Guoen Zhou)**

- **All funds in PNC Account XXXXXX1576 (Guoen Zhou)**

- **All funds in Bank of America Account XXXXXXXX6828 (LiLi Bian/Guoen Zhou);**

- **All funds in SunTrust Account XXXXXXXXX4978 (LiLi Bian/Guoen Zhou);**

- **Real Property which is physically located at 5841 Five Knolls Drive in Charlotte, North Carolina, and more particularly described in a document at Book 47, Page 523 in the Mecklenburg County Public Registry;**

- **One 2008 Audi Model R8, VIN No. WUAAU342X8N006282, titled to LiLi Bian;**

- **One 2014 Porsche Model Cayenne, VIN No. WP1AA2A2XELA07118 titled to LiLi Bian;**

4.    The United States Marshals Service, the investigative agency, and/or the agency contractor is authorized to take possession and maintain custody of the above specific asset(s).

5.    If and to the extent required by Fed. R. Crim. P. 32.2(b)(6), 21 U.S.C. § 853(n), and/or other applicable law, the United States shall publish notice and provide direct written notice of forfeiture.

6.    Any person, other than the Defendant, asserting any legal interest in the property may, within thirty days of the publication of notice or the receipt of notice, whichever is earlier, petition the court for a hearing to adjudicate the validity of the alleged interest.

7.    Pursuant to Fed. R. Crim. P. 32.2(b)(3), upon entry of this order, the United States Attorney's Office is authorized to conduct any discovery needed to identify, locate, or dispose of the property, including depositions, interrogatories, and request for production of documents, and to issue subpoenas pursuant to Fed. R. Civ. P. 45.

8.    As to any specific assets, following the Court's disposition of all timely petitions, a final order of forfeiture shall be entered. If no third party files a timely petition, this order shall become the final order of forfeiture, as provided by Fed. R. Crim. P. 32.2(c)(2), and the United States shall have clear title to the property, and shall dispose of the property according to law.

The Defendant hereby waives the requirements of Fed. R. Crim. P. 32.2 and 43(a) regarding notice of the forfeiture in the charging instrument, announcement of the forfeiture at sentencing, and incorporation of the forfeiture in the judgment against Defendant. If the Defendant has previously submitted a claim in response to an administrative forfeiture proceeding regarding any of this property, Defendant hereby withdraws that claim. If Defendant has not previously submitted such a claim, Defendant hereby waives all right to do so. As to any firearms listed above and/or in the

charging instrument, Defendant consents to destruction by federal, state, or local law enforcement authorities upon such legal process as they, in their sole discretion deem to legally sufficient, and waives any and all right to further notice of such process or such destruction.

R. ANDREW MURRAY
UNITED STATES ATTORNEY

_____
SANJEEV BHASKER
Assistant United States Attorney

_____
SHI YUN ZHOU
Defendant

_____
CHRISTOPHER C. FIALKO
Attorney for Defendant

Signed this the _30th_ day of ~~September, 2018~~ January 2019.

_____
CHIEF UNITED STATES DISTRICT JUDGE