IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

DOCKET NO. 3:18CR108-FDW

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | **ORDER** |
| v. | ) | |
| | ) | |
| SHI YUN ZHOU | ) | |

THIS MATTER is before the Court on the United States of America's Motion to Dismiss certain properties from the Consent Order and Judgment of Forfeiture (Doc. 33). For good cause shown, this Court hereby GRANTS the Motion and the following properties are hereby DISMISSED from the Consent Order and Judgment of Forfeiture:

- $150,000 of the total funds seized from BB&T Account XXXXXX6537, such account held in the name of LiLi Bian;

- $50,000 of the total funds seized from PNC Account XXXXXX9898, such account held in the name of LiLi Bian;

- $50,000 of the total funds seized from First Citizens Account XXXXX9913, such account held in the name of LiLi Bian;

- $50,000 of the total funds seized from Wells Fargo Account XXXXX0798, such account held in the names of Shi Yun Zhou and LiLi Bian; and

- The real property at 5841 Five Knolls Drive, Charlotte, North Carolina.

The United States is hereby authorized to turn-over the dismissed funds to counsel for Lili Bian and to release any and all lis pendens filed on the dismissed real property.

SO ORDERED.

Signed: July 8, 2019

*Frank D. Whitney* (signature)
Frank D. Whitney
Chief United States District Judge